UNITED STATES DISTRICT COURT
NORTHER DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| Charles Gallamore & Nicole Gallamore,<br><br>Plaintiffs,<br>v.<br><br>Accounts Receivable Management, Inc.,<br><br>Defendant. | Civil Action No.:  3:11-cv-02740-B |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiffs anticipate filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: November 9, 2011

                                                Respectfully submitted,
                                                By: __/s/ Jody B. Burton_____

                                                Jody B. Burton, Esq.
                                                CT Bar #422773
                                                LEMBERG & ASSOCIATES, L.L.C.
                                                14785 Preston Road, Suite 550
                                                Dallas, Texas 75154

                                                *Counsel To:*
                                                LEMBERG & ASSOCIATES L.L.C.
                                                1100 Summer Street, 3rd Floor
                                                Stamford, CT 06905
                                                Telephone: (203) 653-2250
                                                Facsimile:  (203) 653-3424

## **CERTIFICATE OF SERVICE**

  I hereby certify that on November 9, 2011, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Northern District of Texas Electronic Document Filing System (ECF) and that the document is available on the ECF system.

            By   /s/ Jody B. Burton_____

              Jody B. Burton