UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| Charles & Nicole Gallamore,<br><br>   Plaintiffs,<br>v.<br><br>Accounts Receivable Management, Inc.,<br><br>   Defendant. | Civil Action No.: 3:11-cv-02740-B |

NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY
DISMISSAL OF ACTION WITH PREJUDICE
PURSUANT TO RULE 41(a)

Plaintiffs, Charles Gallamore and Nicole Gallamore (hereinafter "Plaintiffs"), by Plaintiff's attorney, hereby withdraw the complaint and voluntarily dismiss this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: January 4, 2012

                                                  Respectfully submitted,
                                                  By:  __/s/ Jody B. Burton_____

                                                  Jody B. Burton, Esq.
                                                  CT Bar #422773
                                                  LEMBERG & ASSOCIATES, L.L.C.
                                                  14785 Preston Road, Suite 550
                                                  Dallas, Texas 75154

                                                  *Counsel To:*
                                                  LEMBERG & ASSOCIATES L.L.C.
                                                  1100 Summer Street, 3rd Floor
                                                  Stamford, CT 06905
                                                  Telephone: (203) 653-2250
                                                  Facsimile:  (203) 653-3424

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 4, 2012, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court Northern District of Texas Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                            By   /s/ Jody B. Burton

                                                Jody B. Burton